UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

    Brady L. Bryan, Jr.
    Marianne Bryan,

        Debtors.

Chapter 13
Case No. 11-44266-MSH

## MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION

The Debtors hereby modify the Chapter 13 Plan previously filed in this case as follows:

\_\_\_\_Unsecured dividend changed from\_\_\_\_% to\_\_\_\_%.

 X  Plan payments are changed from $840.00 to $851.00 each month.

\_\_\_\_The term of the plan is reduced to \_\_\_\_months.

\_\_\_\_The treatment of claims shall be changed as follows:

      1. Trustee's recalculation to provide for the secured prepetition arrears of JP Morgan Chase Bank in the amount of $22,655.43, per proof of claim filed on 6/19/12.

Notices to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

Dated: 3/31/13

_/s/ [signature]_
Attorney for Debtor(s)

_/s/ [signature]_
Attorney for Chapter 13 Trustee

Debtor(s)