## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Brady L. Bryan and Marianne Bryan | CHAPTER 13<br>CASE NO. 11-44266-CJP |

### STIPULATION ON MTGLQ INVESTORS, L.P.'s
### AMENDED MOTION FOR RELIEF FROM STAY [DOCKET NO. 127]

Now comes MTGLQ Investors, L. P. (hereinafter, "MTGLQ") and Brady L. Bryan and Marianne Bryan ("Debtors"), who stipulate as follows:

1. The total post-petition arrearage as of September 30, 2016 is $ 4,899.23. This consists of the following post-petition payments and charges:

| | | |
|---|---|---|
| Payments 8/1/2016-10/1/2016 | 3 @$1,399.97 | $4,199.91 |
| Motion for Relief Fees/Costs | | $1,026.00 |
| Suspense | | ($326.68) |
| **Total Amount Due** | | **$ 4,899.23** |

2. On or before November 1, 2016, subject to a fifteen day grace period, and monthly thereafter through April 1, 2017, the Debtors shall make payments as set forth below to cure the remaining post-petition arrearage due on the claim:

### Stipulation Payment Schedule

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 11/01/2016 | $1,399.97* | $816.53 | $2,216.50 |
| 12/01/2016 | $1,399.97* | $816.54 | $2,216.51 |
| 01/01/2017 | $1,399.97* | $816.54 | $2,216.51 |
| 02/01/2017 | $1,399.97* | $816.54 | $2,216.51 |
| 03/01/2017 | $1,399.97* | $816.54 | $2,216.51 |
| 04/01/2017 | $1,399.97* | $816.54 | $2,216.51 |

\* If the Debtors receive notice of a change to the regular monthly mortgage payment amount per the terms of the note and mortgage, the Debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

3. Commencing May 1, 2017, and monthly thereafter, the Debtors shall make their regular monthly post-petition payments in the amount of $1,399.97 subject to change pursuant to the terms of the Note and Mortgage.

4. All payments under this stipulation shall be made payable to Shellpoint Mortgage Servicing and sent to the following address:

**Shellpoint Mortgage Servicing**
**PO Box 740039**
**Cincinnati OH 45274-0039**

**Overnight:**
**Shellpoint Mortgage Servicing**
**Attention: Cash Control**
**55 Beattie Place Suite 110 MS#525**
**Greenville, SC 29603**

5. **IF THE DEBTORS FAIL TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON MTGLQ FILING A CERTIFICATE OF NON-COMPLIANCE AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTOR AND THE DEBTORS' ATTORNEY, BY FIRST CLASS MAIL POSTAGE PREPAID OR FACSIMILE. A $50.00 FEE SHALL BE CHARGED FOR EACH NOTICE OF DEFAULT, AND A $150.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT. THE DEBTORS HAVE THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 17th day of October, 2016

| MTGLQ Investors, L. P, | Brady L. Bryan and Marianne Bryan , |
|---|---|
| By its attorney, | By their attorney, |
| /s/ Jason J. Giguere | /s/ Robert W Kovacs, Jr, |
| Jason J. Giguere, Esquire | Robert W Kovacs, Jr, Esquire |
| BBO# 667662 | Kovacs Law, P.C. |
| Harmon Law Offices, P.C. | 172 Shrewsbury Street |
| P.O. Box 610389 | Worcester, MA 01604 |
| Newton, MA 02461-0345 | 508-926-8833 |
| (617) 558-0500 | Fax : 508-459-1723 |
| 617-243-4049 (fax) | Email: bknotices@rkovacslaw.com |
| mabk@harmonlaw.com | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 11-44266-CJP |
| Brady L. Bryan and Marianne Bryan | |

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, Esquire, state that on October 17, 2016, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of MTGLQ Investors, L.P. using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant US Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Robert W. Kovacs, Jr., Esquire for the Debtors
Marcus Pratt, ERsquire for MTGLQ Investors, L.P.

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Brady L. Bryan
1 Underwood Avenue
Boylston, MA 01505

Boylston Tax Collector
221 Main Street
Boylston, MA 01505

Marianne Bryan
1 Underwood Avenue
Boylston, MA 01505

Boylston Light Dept.
Paul X. Tivnan Road
P.O. Box 753
Boylston, MA 01505

Bank of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410